# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

November 20, 2018

Chris Wolpert
Chief Deputy Clerk

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**   17-6141, Burnett v. Fallin, et al
Dist/Ag docket: 5:17-CV-00392-M

Dear Clerk:

Please be advised that the mandate for this case was recalled and then re-issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Stephen Craig Burnett
      Laura Mcnabb
      Randall John Yates
      Gwen J. Young

EAS/klp